**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **KRIS LUTTRELL,** § | |
|    Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. _____** |
| § | |
| **LAZY DOG RESTAURANTS, LLC,** § | |
|    Defendant. § | |

## JURY DEMAND

Defendant Lazy Dog Restaurants, LLC hereby requests a jury in the above-referenced matter pursuant to CV 38(a). Plaintiff and Defendant previously requested a jury in the State Court action.

                Respectfully submitted,

                **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

                By:     */s/ Mark J. Dyer*
                     **MARK J. DYER**
                     State Bar No. 06317500
                     dyer@mdjwlaw.com
                     9111 Cypress Waters Blvd., Suite 250
                     Dallas, Texas 75019
                     214-420-5500
                     214-420-5501 (fax)

                **ATTORNEYS FOR DEFENDANT**
                **LAZY DOG RESTAURANTS, LLC**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument has been mailed, e-mailed, telecopied or hand delivered to all attorneys of record, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 9th day of January, 2020.


                                                  */s/ Mark J. Dyer*
                                                **Mark J. Dyer**